

**Earnings Statement**

T-MOBILE USA, INC.
12920 SE 38TH STREET  BELLEVUE, WA 98006

Period Beginning: 02/07/2021
Period Ending:    02/20/2021
Pay Date:         02/26/2021

Filing Status: Head of household
Exemptions/Allowances:
  Federal: Tax blocked

VITENA M AIELLO
3617 STEPHANIE COURT
POWDER SPRINGS GA 30127

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 27.1378 | 39.00 | 1,058.37 | 5,454.69 |
| Floating Hol | 27.1378 | 16.00 | 434.20 | 434.20 |
| Ltderpaid | | | 2.89 | 11.56 |
| Pto | 27.1378 | 23.25 | 630.95 | 2,394.91 |
| Shift 1.00 | 1.0000 | .50 | 0.50 | 0.50 |
| Time W/O Pay | 27.1378 | 1.75 | | |
| Overtime | | | | 10.17 |
| Corp Bonus | | | | 3,691.77 |
| Holiday | | | | 434.20 |
| **Gross Pay** | | | **$2,126.91** | 12,432.00 |

| Net Pay |  | $1,561.65 |  |
|---|---|---|---|
| 3RD CHECKING |  | -1,561.65 | 8,372.37 |
| **Net Check** |  | **$0.00** |  |

$0.50 Shift 1.00 for 12/27/20 - 01/09/21

* Excluded from federal taxable wages

Your federal taxable wages this period are $1,860.78

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -122.10 | 731.72 |
| | Medicare Tax | -28.56 | 171.13 |
| | GA State Income Tax | -90.19 | 585.71 |
| | Federal Income Tax | | 1,311.83 |
| | **Other** | | |
| | Dplife | -1.06 | 4.24 |
| | Eelife | -14.55 | 58.20 |
| | Hcap | -76.92* | 307.68 |
| | Health Plan | -83.00* | 332.00 |
| | Ltd | -9.87 | 39.48 |
| | Ltderpaid | -2.89 | 11.56 |
| | 401(K) | -106.21* | 436.44 |
| | 401K Loan #1 | -8.73 | 34.92 |
| | 401K LOAN #2 | -21.18 | |
| | Exp Reimb | | -50.00 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| G.T.L. | 2.42 | 9.68 |
| Tot Work Hours | 39.00 | 201.25 |
| Pto Accrual | | 8.93 |
| Pto Balance | | 9.73 |
| Your Ytd 401K | | 436.44 |

**Important Notes**
QUESTIONS? CONTACT EMPLOYEE CARE AT 1-866-578-6423

BASIS OF PAY: HOURLY

© 2000 ADP, LLC



T-MOBILE USA, INC.
12920 SE 38TH STREET BELLEVUE, WA 98006

Advice number:  00000080262
Pay date:       02/26/2021

Deposited to the account of
VITENA M AIELLO

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx5593 | xxxx xxxx | $1,561.65 |



usbank

**NON-NEGOTIABLE**



| | |
|---|---|
| L9P  212569  0000080262  2 | |
| Page  2 | 337-0002 |

T-MOBILE  USA,  INC.
12920  SE  38TH  STREET  BELLEVUE,  WA  98006

**Earnings Statement**

Period Beginning: 02/07/2021
Period Ending:   02/20/2021
Pay Date:        02/26/2021

Filing Status: Head of household
Exemptions/Allowances:
  Federal: Tax blocked

VITENA  M  AIELLO
3617  STEPHANIE  COURT
POWDER  SPRINGS  GA  30127

**Additional Tax Withholding Information**

Taxable Marital Status:
 GA:            Single
Exemptions/Allowances:
 GA:            0

© 2000 ADP, LLC

# CONTINUED   FROM  PRIOR  PAGE
# YOUR  VOUCHER  IS  PROVIDED  ON  PAGE  1

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

# T·· Mobile 

**Earnings Statement**

T-MOBILE USA, INC.
12920 SE 38TH STREET  BELLEVUE, WA 98006

Period Beginning: 01/24/2021
Period Ending: 02/06/2021
Pay Date: 02/12/2021

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

VITENA M AIELLO
3617 STEPHANIE COURT
POWDER SPRINGS GA 30127

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 27.1378 | 55.75 | 1,512.93 | 4,396.32 |
| Ltderpaid | | | 2.89 | 8.67 |
| Pto | 27.1378 | 25.00 | 678.45 | 1,763.96 |
| Overtime | | | | 10.17 |
| Holiday | | | | 434.20 |
| **Gross Pay** | | | **$2,194.27** | 6,613.32 |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $1,924.78

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -165.39 | 499.64 |
| | Social Security Tax | -126.28 | 380.73 |
| | Medicare Tax | -29.53 | 89.04 |
| | GA State Income Tax | -93.86 | 283.25 |
| | **Other** | | |
| | Dplife | -1.06 | 3.18 |
| | Eelife | -14.55 | 43.65 |
| | Hcap | -76.92* | 230.76 |
| | Health Plan | -83.00* | 249.00 |
| | Ltd | -9.87 | 29.61 |
| | Ltderpaid | -2.89 | 8.67 |
| | 401(K) | -109.57* | 330.23 |
| | 401K Loan #1 | -8.73 | 26.19 |
| | 401K LOAN #2 | -21.18 | |
| | **Net Pay** | **$1,451.44** | |
| | 3RD CHECKING | -1,451.44 | 4,375.83 |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| G.T.L. | 2.42 | 7.26 |
| Tot Work Hours | 55.75 | 162.25 |
| Floatng Hol Bal | | 2.00 |
| Pto Accrual | | 8.93 |
| Pto Balance | | 10.80 |
| Supp Pto | | 13.25 |
| Your Ytd 401K | | 330.23 |

**Important Notes**
QUESTIONS? CONTACT EMPLOYEE CARE AT 1-866-578-6423

BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**
Taxable Marital Status:
  GA:  Single
Exemptions/Allowances:
  GA:  0

© 2000 ADP, LLC

# T·· Mobile

T-MOBILE USA, INC.
12920 SE 38TH STREET  BELLEVUE, WA 98006

Advice number: 00000064249
Pay date: 02/12/2021

Deposited to the account of
VITENA M AIELLO

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx5593 | xxxx xxxx | $1,451.44 |



usbank

**NON-NEGOTIABLE**

# T-Mobile

T-MOBILE USA, INC.
12920 SE 38TH STREET BELLEVUE, WA 98006

## Earnings Statement 

Period Beginning: 01/10/2021
Period Ending: 01/23/2021
Pay Date: 01/29/2021

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

VITENA M AIELLO
3617 STEPHANIE COURT
POWDER SPRINGS GA 30127

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 27.1378 | 72.00 | 1,953.92 | 2,883.39 |
| Overtime | 40.6800 | .25 | 10.17 | 10.17 |
| Holiday | 27.1378 | 8.00 | 217.10 | 434.20 |
| Ltderpaid | | | 5.76 | 5.78 |
| Pto | | | | 1,085.51 |
| **Gross Pay** | | | **$2,186.95** | 4,419.05 |

| Deductions | | | |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | | -164.57 | 334.25 |
| Social Security Tax | | -125.82 | 254.45 |
| Medicare Tax | | -29.43 | 59.51 |
| GA State Income Tax | | -93.47 | 189.39 |
| **Other** | | | |
| Dplife | | -1.06 | 2.12 |
| Eelife | | -14.55 | 29.10 |
| Hcap | | -76.92* | 153.84 |
| Health Plan | | -83.00* | 166.00 |
| Ltd | | -7.00 | 19.74 |
| Ltderpaid | | -5.76 | 5.78 |
| 401(K) | | -109.06* | 220.66 |
| 401K Loan #1 | | -8.73 | 17.46 |
| 401K LOAN #2 | | -21.18 | |
| **Net Pay** | | **$1,446.40** | |
| 3RD CHECKING | | -1,446.40 | 2,924.39 |
| **Net Check** | | **$0.00** | |

* Excluded from federal taxable wages

Your federal taxable wages this period are $1,917.97

| Other Benefits and Information | this period | total to date |
|---|---|---|
| G.T.L. | 2.42 | 4.84 |
| Tot Work Hours | 72.25 | 106.50 |
| Floatng Hol Bal | | 2.00 |
| Pto Accrual | | 8.93 |
| Pto Balance | | 17.87 |
| Supp Pto | | 22.25 |
| Your Ytd 401K | | 220.66 |

**Important Notes**
QUESTIONS? CONTACT EMPLOYEE CARE AT 1-866-578-6423

BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**
Taxable Marital Status:
  GA: Single
Exemptions/Allowances:
  GA: 0

© 2000 ADP, LLC

---

# T-Mobile

T-MOBILE USA, INC.
12920 SE 38TH STREET BELLEVUE, WA 98006

Advice number: 00000044256
Pay date: 01/29/2021

Deposited to the account of
VITENA M AIELLO

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx5593 | xxxx xxxx | $1,446.40 |

usbank

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

# Earnings Statement

**T-Mobile USA, INC.**
12920 SE 38TH STREET BELLEVUE, WA 98006

Period Beginning: 12/27/2020
Period Ending: 01/09/2021
Pay Date: 01/15/2021

Filing Status: Single/Married filing separately
Exemptions/Allowances:
Federal: Standard Withholding Table

VITENA M AIELLO
3617 STEPHANIE COURT
POWDER SPRINGS GA 30127

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 27.1378 | 34.25 | 929.47 | 929.47 |
| Holiday | 27.1378 | 8.00 | 217.10 | 217.10 |
| Ltderpaid | | | 0.02 | 0.02 |
| Pto | 27.1378 | 40.00 | 1,085.51 | 1,085.51 |
| **Gross Pay** | | | **$2,232.10** | 2,232.10 |

Your federal taxable wages this period are $1,960.58

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -169.68 | 169.68 |
| | Social Security Tax | -128.63 | 128.63 |
| | Medicare Tax | -30.08 | 30.08 |
| | GA State Income Tax | -95.92 | 95.92 |
| | **Other** | | |
| | Dplife | -1.06 | 1.06 |
| | Eelife | -14.55 | 14.55 |
| | Hcap | -76.92* | 76.92 |
| | Health Plan | -83.00* | 83.00 |
| | Ltd | -12.74 | 12.74 |
| | Ltderpaid | -0.02 | 0.02 |
| | 401(K) | -111.60* | 111.60 |
| | 401K Loan #1 | -8.73 | 8.73 |
| | 401K LOAN #2 | -21.18 | |
| | **Net Pay** | **$1,477.99** | |
| | 3RD CHECKING | -1,477.99 | 1,477.99 |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| G.T.L. | 2.42 | 2.42 |
| Tot Work Hours | 34.25 | 34.25 |
| Floatng Hol Bal | | 2.00 |
| Pto Accrual | | 8.93 |
| Pto Balance | | 8.93 |
| Supp Pto | | 22.25 |
| Your Ytd 401K | | 111.60 |

**Important Notes**
QUESTIONS? CONTACT EMPLOYEE CARE AT 1-866-578-6423

BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**
Taxable Marital Status:
GA: Single
Exemptions/Allowances:
GA: 0

* Excluded from federal taxable wages

© 2000 ADP, LLC



**T-Mobile USA, INC.**
12920 SE 38TH STREET BELLEVUE, WA 98006

Advice number: 00000020247
Pay date: 01/15/2021

Deposited to the account of: VITENA M AIELLO

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxx2478 | xxxx xxxx | $1,477.99 |

usbank



**NON-NEGOTIABLE**

View Paycheck     Page 1 of 2
Case 21-51915-pwb   Doc 8   Filed 04/05/21   Entered 04/05/21 08:16:41   Desc Main
Document   Page 6 of 13

 New Window   ? Help   http



**Sprint/United Management Co**

6391 Sprint Parkway

Overland Park, KS 66251

800-697-6000 

| | |
|---|---|
| **Pay Begin Date:** | 12/19/2020 |
| **Pay End Date:** | 12/26/2020 |
| **Pay Group:** | Biweekly Arrears 3 |

| | |
|---|---|
| **Business Unit:** | 021 |
| **Check #:** | 21858147 |
| **Check Date:** | 12/30/2020 |

Vitena M Aiello

3617 Stephanie Court

Powder Springs, GA 30127

| | |
|---|---|
| **Employee ID:** | 267097 |
| **Department:** | 01845 - WEST WIRELINE SUPPORT |
| **Location:** | GAATLD |
| **Job Title:** | Lead Wireline Order Management |
| **Pay Rate:** | $27.13   Hourly |

| TAX DATA: | Federal | GA State |
|---|---|---|
| Marital Status: | Head of Household | Single |
| Allowances: | 0 | 0 |
| Addl. Pct.: | 0.000 | 0.000 |
| Addl. Amt.: | $0.00 | $0.00 |

### HOURS AND EARNINGS

| Description | Earnings Begin Date | Earnings End Date | Current Rate | Current Hours | Current Earnings | YTD Hours | Year To Date Earnings |
|---|---|---|---|---|---|---|---|
| Regular | 12/19/2020 | 12/26/2020 | 27.137835 | 32.00 | 868.41 | 1632.25 | 44,295.73 |
| Hol Pay 1X | 12/19/2020 | 12/26/2020 | 27.137835 | 8.00 | 217.10 | 80.00 | 2,171.02 |
| OT at 1.5x | 12/19/2020 | 12/26/2020 | 40.704000 | 1.25 | 50.88 | 53.75 | 2,347.55 |
| STI Payout | | | | | | | 3,558.68 |
| Award GrUp | | | | | | | 2,654.82 |
| BrvmntHrly | | | | | | 80.00 | 2,171.02 |
| Tx Bene | | | | | | | 93.64 |
| Cash Award | | | | | | | 520.11 |
| NonCashAwd | | | | | | | 2,868.04 |
| COE Award | | | | | | | 4,618.94 |
| DIS LEAVE | | | | | | 2.00 | 54.28 |
| E-Points | | | | | | | 835.00 |
| E-Points | | | | | | | 1,356.94 |
| ExcelAwd-D | | | | | | | 500.00 |
| Exp Reimb | | | | | | | 450.00 |
| LumpSumAdj | | | | | | | 1,693.00 |
| PdNotWkHly | | | | | | 4.00 | 108.55 |
| Pers Adjus | | | | | | 32.00 | 0.00 |
| PTO Hrly | | | | | | 333.25 | 9,043.68 |
| Res Stock | | | | | | | 1,983.96 |
| Shift-Diff | | | | | | 4.50 | 12.22 |

### Taxes

| Description | Current Taxes | Year To Date Taxes |
|---|---|---|
| Fed Withholdng | 35.40 | 3,286.21 |
| Fed MED/EE | 16.48 | 1,108.53 |
| Fed OASDI/EE | 70.46 | 4,739.90 |
| GA Withholdng | 44.79 | 3,754.92 |

| Total: | | | 41.25 | 1,136.39 | 2221.75 | 74,232.74 | Total: | 167.13 | 12,889.56 |
|---|---|---|---|---|---|---|---|---|---|

### Before-Tax Deductions

| Description | Current Amount | YTD Amount |
|---|---|---|
| MED | | 1,925.28 |
| DENT | | 380.88 |
| VISN | | 120.00 |
| Sup ADD | | 94.08 |
| LTD | | 135.60 |
| 401K | 65.13 | 3,096.24 |
| HC FSA | | 2,650.00 |
| **Total:** | **65.13** | **8,402.08** |

### After Tax Deductions

| Description | Current Amount | YTD Amount |
|---|---|---|
| 401k Loan8 | | 462.72 |
| 401k Loan9 | | 222.24 |
| Stk Offset | | -771.54 |
| MED | | 158.70 |
| DENT | | 31.02 |
| VISN | | 10.50 |
| Empl Life | | 531.36 |
| Ch Life | | 27.60 |
| SpLife | | 1.50 |
| **Total:** | | **674.10** |

### Employer Paid Benefits

| Description | Current Amount | YTD Amount |
|---|---|---|
| MED | | 12,630.24 |
| MED* | | 847.14 |
| DENT | | 422.64 |
| DENT* | | 21.57 |
| 401K | | 1,888.94 |
| * Taxable | | |
| **Total:** | **0.00** | **0.00** |

|  | Total Earnings | Fed Taxable Wages | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| **Current** | 1,136.39 | 1,071.26 | 167.13 | 65.13 | 904.13 |
| **YTD** | 74,232.74 | 73,353.81 | 12,889.56 | 9,076.18 | 52,267.00 |

**PTO Hours YTD**

| Start Balance: | 89.75 |
|---|---|
| + Earned: | 240.00 |
| -Taken: | 299.50 |
| + Adj/Forfeited: | 32.00 |
| End Balance: | 62.25 |

**Net Pay Distribution**

| Check # | 21858147 | $904.13 |
|---|---|---|

**Check Dt**  12/30/2020

**Check #**  21858147

**Sprint Corporation**
6391 Sprint Parkway/KSOPHT0101-Z2700
Overland Park, KS 66251-2700
Payroll Account

**Deposit Amount**   $904.13

To the Account(s) of

**Direct Deposit Distribution**

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| Checking | XXXXXXXXXXXXX2478 | 904.13 |

**Non-Negotiable**

New Window   Help   http



**Sprint/United Management Co**

6391 Sprint Parkway
Overland Park, KS 66251

800-697-6000

| | |
|---|---|
| **Pay Begin Date:** 12/05/2020 | **Business Unit:** 021 |
| **Pay End Date:** 12/18/2020 | **Check #:** 21826251 |
| **Pay Group:** Biweekly Arrears 3 | **Check Date:** 12/24/2020 |

Vitena M Aiello
3617 Stephanie Court
Powder Springs, GA 30127

**Employee ID:** 267097
**Department:** 01845 - WEST WIRELINE SUPPORT
**Location:** GAATLD
**Job Title:** Lead Wireline Order Management
**Pay Rate:** $27.13   Hourly

| TAX DATA: | Federal | GA State |
|---|---|---|
| Marital Status: | Head of Household | Single |
| Allowances: | 0 | 0 |
| Addl. Pct.: | 0.000 | 0.000 |
| Addl. Amt.: | $0.00 | $0.00 |

### HOURS AND EARNINGS

| Description | Earnings Begin Date | Earnings End Date | Current Rate | Current Hours | Current Earnings | YTD Hours | Year To Date Earnings |
|---|---|---|---|---|---|---|---|
| Regular | 12/05/2020 | 12/18/2020 | 27.137835 | 78.50 | 2,130.32 | 1632.25 | 44,295.73 |
| PTO Hrly | 12/05/2020 | 12/18/2020 | 27.137835 | 1.50 | 40.71 | 333.25 | 9,043.68 |
| OT at 1.5x | 12/05/2020 | 12/18/2020 | 40.720000 | 0.25 | 10.18 | 53.75 | 2,347.55 |
| STI Payout | | | | | | | 3,558.68 |
| Award GrUp | | | | | | | 2,654.82 |
| BrvmntHrly | | | | | | 80.00 | 2,171.02 |
| Tx Bene | | | | | | | 93.64 |
| Cash Award | | | | | | | 520.11 |
| NonCashAwd | | | | | | | 2,868.04 |
| COE Award | | | | | | | 4,618.94 |
| DIS LEAVE | | | | | | 2.00 | 54.28 |
| E-Points | | | | | | | 835.00 |
| E-Points | | | | | | | 1,356.94 |
| ExcelAwd-D | | | | | | | 500.00 |
| Exp Reimb | | | | | | | 450.00 |
| Hol Pay 1X | | | | | | 80.00 | 2,171.02 |
| LumpSumAdj | | | | | | | 1,693.00 |
| PdNotWkHly | | | | | | 4.00 | 108.55 |
| Pers Adjus | | | | | | 32.00 | 0.00 |
| Res Stock | | | | | | | 1,983.96 |
| Shift-Diff | | | | | | 4.50 | 12.22 |

### Taxes

| Description | Current Taxes |
|---|---|
| Fed Withholdng | 122.66 |
| Fed MED/EE | 28.42 |
| Fed OASDI/EE | 121.53 |
| GA Withholdng | 88.41 |
| | |
| **Total:** | **361.02** |

| | | | | 80.25 | 2,181.21 | 2221.75 | 74,232.74 | | |
|---|---|---|---|---|---|---|---|---|---|
| Total: | | | | | | | | | |

| Before-Tax Deductions | | After Tax Deductions | | Employer Paid Benefits | |
|---|---|---|---|---|---|
| Description | Current Amount | Description | Current Amount | Description | Current Amount |
| MED | 80.22 | 401k Loan8 | 19.28 | MED | 526.26 |
| DENT | 15.87 | 401k Loan9 | 9.26 | DENT | 17.61 |
| VISN | 5.00 | Empl Life | 22.14 | | |
| Sup ADD | 3.92 | Ch Life | 1.15 | | |
| LTD | 5.65 | | | | |
| 401K | 130.26 | | | | |
| HC FSA | 110.41 | | | | |
| | | | | * Taxable | |
| Total: | 351.33 | Total: | 51.83 | Total: | 0.00 |

| | Total Earnings | Fed Taxable Wages | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 2,181.21 | 1,829.88 | 361.02 | 403.16 | 1,417.03 |
| YTD | 70,741.41 | 65,642.13 | 10,373.56 | 9,011.05 | 51,356.80 |

**PTO Hours YTD**

| | |
|---|---|
| Start Balance: | 89.75 |
| + Earned: | 240.00 |
| -Taken: | 299.50 |
| + Adj/Forfeited: | 32.00 |
| End Balance: | 62.25 |

**Net Pay Distribution**

| | | |
|---|---|---|
| Check # | 21826251 | $1,417.03 |

**Check Dt**

12/24/2020

**Check #**

21826251

**Sprint Corporation**

6391 Sprint Parkway/KSOPHT0101-Z2700

Overland Park, KS 66251-2700

Payroll Account

**Direct Deposit Distribution**

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| Checking | XXXXXXXXXXXXX2478 | 1417.03 |

**Deposit Amount**   $1417.03

To the Account(s) of

**Non-Negotiable**

New Window  Help   http



**Sprint/United Management Co**

6391 Sprint Parkway
Overland Park, KS 66251

800-697-6000

| | |
|---|---|
| **Pay Begin Date:** | 11/21/2020 |
| **Pay End Date:** | 12/04/2020 |
| **Pay Group:** | Biweekly Arrears 3 |

| | |
|---|---|
| **Business Unit:** | 021 |
| **Check #:** | 21785499 |
| **Check Date:** | 12/11/2020 |

Vitena M Aiello
3617 Stephanie Court
Powder Springs, GA 30127

| | |
|---|---|
| **Employee ID:** | 267097 |
| **Department:** | 01845 - WEST WIRELINE SUPPORT |
| **Location:** | GAATLD |
| **Job Title:** | Lead Wireline Order Management |
| **Pay Rate:** | $27.13    Hourly |

| TAX DATA: | Federal | GA State |
|---|---|---|
| Marital Status: | Head of Household | Single |
| Allowances: | 0 | 0 |
| Addl. Pct.: | 0.000 | 0.000 |
| Addl. Amt.: | $0.00 | $0.00 |

### HOURS AND EARNINGS

| Description | Earnings Begin Date | Earnings End Date | Current Rate | Current Hours | Current Earnings | YTD Hours | Year To Date Earnings |
|---|---|---|---|---|---|---|---|
| Regular | 11/21/2020 | 12/04/2020 | 27.137835 | 63.00 | 1,709.68 | 1632.25 | 44,295.73 |
| Hol Pay 1X | 11/21/2020 | 12/04/2020 | 27.137835 | 16.00 | 434.21 | 80.00 | 2,171.02 |
| OT at 1.5x | 11/21/2020 | 12/04/2020 | 40.705882 | 4.25 | 173.00 | 53.75 | 2,347.55 |
| Exp Reimb | | | | | 50.00 | | 450.00 |
| PTO Hrly | 11/21/2020 | 12/04/2020 | 27.137835 | 1.00 | 27.14 | 333.25 | 9,043.68 |
| STI Payout | | | | | | | 3,558.68 |
| Award GrUp | | | | | | | 2,654.82 |
| BrvmntHrly | | | | | | 80.00 | 2,171.02 |
| Tx Bene | | | | | | | 93.64 |
| Cash Award | | | | | | | 520.11 |
| NonCashAwd | | | | | | | 2,868.04 |
| COE Award | | | | | | | 4,618.94 |
| DIS LEAVE | | | | | | 2.00 | 54.28 |
| E-Points | | | | | | | 835.00 |
| E-Points | | | | | | | 1,356.94 |
| ExcelAwd-D | | | | | | | 500.00 |
| LumpSumAdj | | | | | | | 1,693.00 |
| PdNotWkHly | | | | | | 4.00 | 108.55 |
| Pers Adjus | | | | | | 32.00 | 0.00 |
| Res Stock | | | | | | | 1,983.96 |
| Shift-Diff | | | | | | 4.50 | 12.22 |

### Taxes

| Description | Current Taxes |
|---|---|
| Fed Withholdng | 142.20 |
| Fed MED/EE | 30.78 |
| Fed OASDI/EE | 131.62 |
| GA Withholdng | 97.77 |
| **Total:** | **402.37** |

| Total: | | | | 84.25 | 2,394.03 | 2221.75 | 74,232.74 | | |

| Before-Tax Deductions | | After Tax Deductions | | Employer Paid Benefits | |
|---|---|---|---|---|---|
| Description | Current Amount | Description | Current Amount | Description | Current Amount |
| MED | 80.22 | 401k Loan8 | 19.28 | MED | 526.26 |
| DENT | 15.87 | 401k Loan9 | 9.26 | DENT | 17.61 |
| VISN | 5.00 | Empl Life | 22.14 | | |
| Sup ADD | 3.92 | Ch Life | 1.15 | | |
| LTD | 5.65 | | | | |
| 401K | 130.26 | | | | |
| HC FSA | 110.42 | | | | |
| | | | | * Taxable | |
| Total: | 351.34 | Total: | 51.83 | Total: | 0.00 |

| | Total Earnings | Fed Taxable Wages | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 2,394.03 | 1,992.69 | 402.37 | 403.17 | 1,588.49 |
| YTD | 68,560.20 | 63,812.25 | 10,012.54 | 8,607.89 | 49,939.77 |

**PTO Hours YTD**

| Start Balance: | 89.75 |
| + Earned: | 240.00 |
| -Taken: | 299.50 |
| + Adj/Forfeited: | 32.00 |
| End Balance: | 62.25 |

**Net Pay Distribution**

| Check # | 21785499 | $1,588.49 |

**Check Dt**

12/11/2020

**Check #**

21785499

**Sprint Corporation**

6391 Sprint Parkway/KSOPHT0101-Z2700

Overland Park, KS 66251-2700

Payroll Account

**Direct Deposit Distribution**

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| Checking | XXXXXXXXXXXXX2478 | 1588.49 |

**Deposit Amount**   $1588.49

To the Account(s) of

**Non-Negotiable**

 New Window   Help   http



**Sprint/United Management Co**

6391 Sprint Parkway

Overland Park, KS 66251

800-697-6000

| | |
|---|---|
| **Pay Begin Date:** | 11/07/2020 |
| **Pay End Date:** | 11/20/2020 |
| **Pay Group:** | Biweekly Arrears 3 |

| | |
|---|---|
| **Business Unit:** | 021 |
| **Check #:** | 21765064 |
| **Check Date:** | 11/27/2020 |

**Vitena M Aiello**

3617 Stephanie Court

Powder Springs, GA 30127

| | |
|---|---|
| **Employee ID:** | 267097 |
| **Department:** | 01845 - WEST WIRELINE SUPPORT |
| **Location:** | GAATLD |
| **Job Title:** | Lead Wireline Order Management |
| **Pay Rate:** | $27.13    Hourly |

| TAX DATA: | Federal | GA State |
|---|---|---|
| Marital Status: | Head of Household | Single |
| Allowances: | 0 | 0 |
| Addl. Pct.: | 0.000 | 0.000 |
| Addl. Amt.: | $0.00 | $0.00 |

### HOURS AND EARNINGS

| Description | Earnings Begin Date | Earnings End Date | Current Rate | Current Hours | Current Earnings | YTD Hours | Year To Date Earnings |
|---|---|---|---|---|---|---|---|
| Regular | 11/07/2020 | 11/20/2020 | 27.137835 | 72.00 | 1,953.92 | 1458.75 | 39,587.32 |
| Hol Pay 1X | 11/07/2020 | 11/20/2020 | 27.137835 | 8.00 | 217.10 | 56.00 | 1,519.71 |
| OT at 1.5x | 11/07/2020 | 11/20/2020 | 40.706667 | 2.25 | 91.59 | 48.00 | 2,106.91 |
| Exp Reimb | | | | | 50.00 | | 400.00 |
| STI Payout | | | | | | | 3,558.68 |
| Award GrUp | | | | | | | 339.60 |
| BrvmntHrly | | | | | | 80.00 | 2,171.02 |
| Cash Award | | | | | | | 520.11 |
| COE Award | | | | | | | 4,618.94 |
| DIS LEAVE | | | | | | 2.00 | 54.28 |
| E-Points | | | | | | | 835.00 |
| ExcelAwd-D | | | | | | | 500.00 |
| LumpSumAdj | | | | | | | 1,693.00 |
| PdNotWkHly | | | | | | 4.00 | 108.55 |
| Pers Adjus | | | | | | 32.00 | 0.00 |
| PTO Hrly | | | | | | 330.75 | 8,975.83 |
| Res Stock | | | | | | | 1,983.96 |
| Shift-Diff | | | | | | 4.50 | 12.22 |

### Taxes

| Description | Current Taxes |
|---|---|
| Fed Withholdng | 132.43 |
| Fed MED/EE | 29.61 |
| Fed OASDI/EE | 126.58 |
| GA Withholdng | 93.09 |
| | |
| **Total:** | **381.71** |

| Total: | | | 82.25 | 2,312.61 | 2016.00 | 66,166.17 | | |

### Before-Tax Deductions

| Description | Current Amount |
|---|---|
| MED | 80.22 |
| DENT | 15.87 |
| VISN | 5.00 |
| Sup ADD | 3.92 |
| LTD | 5.65 |
| 401K | 130.26 |
| HC FSA | 110.41 |
| **Total:** | **351.33** |

### After Tax Deductions

| Description | Current Amount |
|---|---|
| 401k Loan8 | 19.28 |
| 401k Loan9 | 9.26 |
| Empl Life | 22.14 |
| Ch Life | 1.15 |
| **Total:** | **51.83** |

### Employer Paid Benefits

| Description | Current Amount |
|---|---|
| MED | 526.26 |
| DENT | 17.61 |
| * Taxable | |
| **Total:** | **0.00** |

| | Total Earnings | Fed Taxable Wages | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| **Current** | 2,312.61 | 1,911.28 | 381.71 | 403.16 | 1,527.74 |
| **YTD** | 66,166.17 | 61,819.56 | 9,610.17 | 8,204.72 | 48,351.28 |

### PTO Hours YTD

| | |
|---|---|
| Start Balance: | 89.75 |
| + Earned: | 220.00 |
| -Taken: | 297.00 |
| + Adj/Forfeited: | 32.00 |
| End Balance: | 44.75 |

### Net Pay Distribution

| Check # 21765064 | $1,527.74 |
|---|---|

**Check Dt**  11/27/2020

**Check #**  21765064

**Sprint Corporation**

6391 Sprint Parkway/KSOPHT0101-Z2700

Overland Park, KS 66251-2700

Payroll Account

### Direct Deposit Distribution

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| Checking | XXXXXXXXXXXXX9596 | 1527.74 |

**Deposit Amount**  $1527.74

To the Account(s) of

**Non-Negotiable**